

Jason Jendrewski
Tel 212.801.9200
Fax 212.801.6400
jendrewskij@gtlaw.com



January 4, 2024

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before February 19, 2024.

Dated: January 4, 2024
New York, NY

*[Signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Re:   **Reid v. Clean Beauty for All, Inc. (1:23-cv-07516) (ALC) (JLC)**
      **Joint Notice of Settlement and Request for Adjournment of All Pending Dates**

Dear Judge Carter:

We represent Clean Beauty for All, Inc. ("Defendant") in the above-referenced matter. On behalf of Defendant and plaintiff Nadreca Reid ("Plaintiff"), we hereby inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will finalize and execute their settlement agreement and file a notice or stipulation of dismissal with prejudice within the next forty-five (45) days.

Given that the parties have agreed to resolve the litigation, we respectfully request that this Court adjourn all pending dates *sine die*—including the January 4, 2024, deadline for Defendant to file its response to the Complaint—and provide the parties with forty-five (45) days to file their anticipated notice or stipulation of dismissal.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Jason B. Jendrewski*

Jason B. Jendrewski
Shareholder

cc:   Dan Shaked, Esq. (*via* ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City.
Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco.
Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as ¬Greenberg Traurig Germany LLP *A separate UK registered legal entity °Greenberg Traurig S.C. ªGreenberg Traurig Santa Maria ∞Greenberg Traurig LLP Foreign Legal Consultant Office ^A branch of Greenberg Traurig P.A. Florida USA ¤GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho ˜Greenberg Traurig Nowakowska-Zimoch Wysokiński sp.k.

692538008v1                                                                                                                                      www.gtlaw.com